UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs § | CRIMINAL NO. M-05-437 |
| § | |
| MARLON CANALES § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for October 28, 2005) is hereby reset for sentencing on November 28, 2005 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

ENTERED this 24th day of October, 2005, at McAllen, Texas.

Randy Crane
United States District Judge